CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Telephone:  (203) 777-5501
Thomas J. Sansone (ts0718)
tsansone@carmodylaw.com
*Attorneys for Vertime B.V.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW DOVER GROUP, LTD., | Case No. 19-23266 (RDD) |
| Debtor. | July 10, 2019 |

------------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9013, 9014 and 9036 of the Federal Rules of Bankruptcy Procedure, Vertime B.V., a creditor of the debtor's estate, requests that each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed herein, be directed to its counsel at the address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or

{N5606838}

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of the creditor with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Dated: New Haven, Connecticut
       July 10, 2019

                                                   */s/ Thomas J. Sansone*
                                                   Thomas J. Sansone (ts0718)
                                                   CARMODY TORRANCE SANDAK & HENNESSEY LLP
                                                   195 Church Street
                                                   P.O. Box 1950
                                                   New Haven, CT  06509-1950
                                                   Telephone:  (203) 777-5501
                                                   Fax:  (203) 784-3199
                                                   tsansone@carmodylaw.com
                                                   *Attorneys for Vertime B.V.*

## CERTIFICATION OF SERVICE

I certify that on July 10, 2019, a copy of the foregoing Notice of Appearance, Request for Notices and Demand for Service of Papers was filed electronically and served by first class United States mail on any appearing parties not registered to receive electronic notice through the Court's ECF System.

                                              */s/ Thomas J. Sansone*
                                              Thomas J. Sansone (ts0718)