**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

| | |
|---|---|
| IN RE: New Dover Group, LTD. | CASE NO.: 19–23266–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 20–0269451 | CHAPTER: 7 |

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 25, 2022

Robert D. Drain, Bankruptcy Judge